UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

STEVEN RAMIREZ-TORRES,

　　Petitioner,

　　v.

UNITED STATES OF AMERICA,

　　Respondent.

Civil No. 07-1977(JAF)

(Crim. No. 04-011)

**O R D E R**

Petitioner Steven Ramírez-Torres brings this motion for relief from a federal conviction pursuant to 28 U.S.C. § 2255. Docket No. 1. Respondent, the United States of America, opposes. Docket No. 9.

As Petitioner (Inmate #24047-069) was released from the custody of the Federal Bureau of Prisons on May 1, 2008, this case is **DISMISSED** as moot.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 30th day of October, 2008.

　　　　　　　　　　　　　　　　　　S/José Antonio Fusté
　　　　　　　　　　　　　　　　　　JOSE ANTONIO FUSTE
　　　　　　　　　　　　　　　　　　Chief U.S. District Judge